# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER LE FEUVRE, individually, and doing business as "MICKLYN LE FEUVRE DESIGNS," <br><br> Plaintiff, <br> v. <br><br> ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN," a Hong Kong private limited company; and DOES 1-10, <br><br> Defendants. | Case No.: 2:22-CV-01110-SVW-MARx <br><br> **ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING** <br><br> Complaint filed: February 17, 2022 |

ACTIVE 65222612v1

Upon consideration of Plaintiff Jennifer Le Feuvre, individually and doing business as "Micklyn Le Feuvre Designs" ("Plaintiff") and Defendant Zoetop Business Co., Ltd. ("Defendant")'s (collectively, the "Parties") Notice of Settlement and Stipulated Request and good cause appearing therefor, the Court HEREBY ORDERS:

(1) Plaintiff's deadline to Respond in Opposition to Defendant's Motion to Dismiss ("Motion"), ECF No. 15, is extended by 30 days to July 6, 2022;

(2) Defendant's deadline to Reply in support of the Motion is extended by 30 days to July 13, 2022;

(3) The currently noticed hearing for June 27, 2022, the Motion shall be continued to July 25, 2022; and

(4) In the event the settlement has not been consummated, the Parties shall advise the Court by July 1, 2022 as to the status of settlement.

**IT IS SO ORDERED.**

Dated: June 7, 2022

Hon. Stephen V. Wilson

ACTIVE 65222612v1