Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff
Jennifer Le Feuvre

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LE FEUVRE, individually and doing business as "MICKLYN LE FEUVRE DESIGNS,"<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN," a Hong Kong private limited company; and DOES 1-10<br><br>Defendants. | Case No.: 2:22-CV-01110-SVW-MARx<br>*Hon. Stephen V. Wilson Presiding*<br><br>**NOTICE OF DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jennifer Le Feuvre hereby dismisses this action in its entirety and *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Each party bears its own costs and attorneys' fees as incurred in this action.

Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

DATED: June 21, 2021                    DONIGER / BURROUGHS

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs
Attorneys for Plaintiff